# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-3991
_____

GEORGE STRICKLAND,

Petitioner,

v.

DEPT. OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

September 29, 2020

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

MAKAR, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

George Strickland, pro se, Petitioner.

Ashley Moody, Attorney General, and Kelly R. Forren, Assistant Attorney General, Tallahassee, for Respondent.